| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  FAMP sp Z.O.O.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  83-2536939

**4. Debtor's address**

Principal place of business:
Ul. 1000 lecia PP 10/64
Poland
Bialystok 15-111   15111
Number, Street, City, State & ZIP Code

Poland
County

Mailing address, if different from principal place of business:
4 Stanley Way
Campbell Hall, NY 10916
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  bebe.com.pl

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **FAMP sp Z.O.O.**   Case number (*if known*)  _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5632**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **FAMP sp Z.O.O.** _____    Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency _____
       Contact name  _____
       Phone         _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **FAMP sp Z.O.O.**                                                     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 15, 2018**
            MM / DD / YYYY

X **/s/ Wieslaw Piasecki**                                     **Wieslaw Piasecki**
Signature of authorized representative of debtor              Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Raymond P. Raiche**                                    Date  **November 15, 2018**
Signature of attorney for debtor                                      MM / DD / YYYY

**Raymond P. Raiche**
Printed name

**Blustein, Shapiro, Rich, & Barone, LLP**
Firm name

**10 Matthews Street**
**Goshen, NY 10924**
Number, Street, City, State & ZIP Code

Contact phone  **845-291-0011**     Email address  **rraiche@mid-hudsonlaw.com**

**RR1596 NY**
Bar number and State

Fill in this information to identify the case:

Debtor name: **FAMP sp Z.O.O.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4GLASS ARTUR STREKOWSKI WIOLETTA, BEMA 11 15-169 Bialystok Poland | | Glass Walls | | | | $3,868.42 |
| 4media creations anna powieza PODLESNA 11 07-130 KAMIONNA Poland | | Marketing | | | | $971.05 |
| ATIS DOM Wojciech Jurczuk SKLADOWA 11/28 15-399 BIALYSTOK Poland | | Mokotow Gallery Expenses | | | | $48,161.68 |
| BB Brand Holdings, LLC 240 Madison Avenue 15th Floor New York, NY 10016 | | Distribution Agreement Arrears | | | | $81,000.00 |
| BEBE STUDIO One West 34th Street New York, NY 10001 | | Stuff/ Commodity | | | | $52,688.69 |
| BMS Daniel Jokiel Byslawska, 04-944 Warszawa Poland | | Air Conditioning in Mokotow Gallery | | | | $8,871.60 |
| CRYSTAL WARSAW SP. Z O.O. Woloska 12 02-675 Warszawa Poland | | Rent | | | | $135,050.68 |

Debtor **FAMP sp Z.O.O.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Global Brands Group**<br>350 5th Avenue<br>10 Floor<br>New York, NY 10118 | | **Merchandise/Goods** | | | | $34,000.00 |
| **GLOBART MEDIA A. GOLEBICKI, M. HORBA,T. LASKI SP.J. CIOLKOWSKIEGO 88F<br>15-545 BIALYSTOK, POLAND** | | **Billboards** | | | | $2,236.47 |
| **JUMP DESIGN GROUP**<br>1400 Broadway<br>2nd Floor<br>New York, NY 10018 | | **Merchandise/Goods** | | | | $28,000.00 |
| **JUMP DESIGN GROUP**<br>1400 Broadway<br>2nd Floor<br>New York, NY 10018 | | **Stuff/ Commodity** | | | | $17,016.72 |
| **MEGA-AMPER Mateusz Tomaszuk GAJOWA 77/9<br>15-794 Bialystok Poland** | | **CAMERAS, COMPUTER NETWORK, CHOROSZCZ** | | | | $6,023.68 |
| **PKO LEASING Smiglego Rydza 20<br>93-281 Lodz Poland** | | **Rent/energy at Poznan Gallery** | | | | $3,451.68 |
| **POLENERGIA DYSTRYBUCJA SP.Z O.<br>KRUCZA 24/26,<br>05-077 WARSZAWA Poland** | | **Energy in Mokotow Gallery** | | | | $1,630.27 |
| **PROPOL sp Z.O.O.<br>ul Warszawska 27<br>16-070 Choroszcz Poland** | | **building expenses** | | | | $20,185.80 |
| **RENOMA GALLERY SWIDNICKA 40,<br>50-024 WROCLAW Poland** | | **rent & heating expenses** | | | | $26,797.73 |
| **SEKA SPÓLKA AKCYJNA, Bialystok Sw. Rocha 11,<br>15-879 Bilystok Poland** | | **Poland's required work place safty couse** | | | | $1,320.63 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor  **FAMP sp Z.O.O.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **STARY BROWAR GALLERY PÓLWIEJSKA 42, POZNAN Poland** | | **Poznan Gallery Expenses** | | | | **$21,802.70** |
| **VEOLIA INDUSTRY POLSKA SP. Z O ENERGETYCZNA 7A, 61-017 POZNAN Poland** | | **Installation, Mokotow Gallery** | | | | **$8,837.87** |
| **Weronika Bielik ZEROMSKIEGO 1/423 01-887 WARSZAWA Poland** | | **Marketing: Celebrity Promotion** | | | | **$9,710.53** |

```
4GLASS ARTUR STREKOWSKI
WIOLETTA, BEMA 11
15-169 BIALYSTOK
POLAND


4MEDIA CREATIONS ANNA POWIEZA
PODLESNA 11
07-130 KAMIONNA
POLAND


ATIS DOM WOJCIECH JURCZUK
SKLADOWA 11/28
15-399 BIALYSTOK
POLAND


BB BRAND HOLDINGS, LLC
240 MADISON AVENUE
15TH FLOOR
NEW YORK, NY 10016


BEBE STUDIO
ONE WEST 34TH STREET
NEW YORK, NY 10001


BMS DANIEL JOKIEL
BYSLAWSKA, 04-944 WARSZAWA
POLAND


CRYSTAL WARSAW SP. Z O.O.
WOLOSKA 12
02-675 WARSZAWA
POLAND


DPD POLSKA SPÓLKA Z OGRANICZON
 ODPOWIEDZIALNOSCIA
MINERALNA 15, 02-274 WARSZAWA
POLAND


EUROCENTRE
WARSZAWSKA 44/1
15-077 BIALYSTOK
POLAND
```

```
GLOBAL BRANDS GROUP
350 5TH AVENUE
10 FLOOR
NEW YORK, NY 10118


GLOBART MEDIA A. GOLEBICKI,
M. HORBA,T. LASKI SP.J.
CIOLKOWSKIEGO 88F
15-545 BIALYSTOK, POLAND


JUMP DESIGN GROUP
1400 BROADWAY
2ND FLOOR
NEW YORK, NY 10018


LAWYER PAWEL SZKIL
SIENKIEWICZA 7/95, 15-424
15-424 BIALYSTOK
POLAND


LSI SOFTWARE
PRZYBYSZEWSKIEGO 176/178
93-120 LóDZ
POLAND


MEGA-AMPER MATEUSZ TOMASZUK
GAJOWA 77/9
15-794 BIALYSTOK
POLAND


ORANGE POLSKA, S.A.
JEROZOLIMSKIE 160
02-326 WARSZAWA
POLAND


PKO LEASING
SMIGLEGO RYDZA 20
93-281 LODZ
POLAND


POLENERGIA DYSTRYBUCJA SP.Z O.
KRUCZA 24/26, 05-077 WARSZAWA
POLAND
```

PROPOL SP Z.O.O.
UL WARSZAWSKA 27
16-070 CHOROSZCZ
POLAND


RELIABLE GROUP
JANA PAWLA II 61/212
01-031 WARSZAWA
POLAND


RENOMA GALLERY
SWIDNICKA 40,
50-024 WROCLAW
POLAND


RHAJDUCZENIA
BIALYSTOK
POLAND


RS KONCEPT RADOSLAW SAKOWSKI
CIOLKOWSKIEGO 2/3, BIALYSTOK
POLAND


SEKA SPÓLKA AKCYJNA, BIALYSTOK
SW. ROCHA 11, 15-879 BILYSTOK
POLAND


STARY BROWAR GALLERY
PÓLWIEJSKA 42, POZNAN
POLAND


USLUGI INFORMATYCZNE KONRAD
KRASZYN
SIEMIENSKIEGO 22/139,
35-234 RZESZÓW, POLAND


VEOLIA INDUSTRY POLSKA SP. Z O
ENERGETYCZNA 7A, 61-017 POZNAN
POLAND


WERONIKA BIELIK
ZEROMSKIEGO 1/423
01-887 WARSZAWA
POLAND

# United States Bankruptcy Court
## Southern District of New York

In re  **FAMP sp Z.O.O.**                                                             Case No.
                              Debtor(s)                                               Chapter     **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **FAMP sp Z.O.O.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 15, 2018**                                  **/s/ Raymond P. Raiche**
Date                                                   **Raymond P. Raiche**
                                                       Signature of Attorney or Litigant
                                                       Counsel for  **FAMP sp Z.O.O.**
                                                       **Blustein, Shapiro, Rich, & Barone, LLP**
                                                       **10 Matthews Street**
                                                       **Goshen, NY 10924**
                                                       **845-291-0011 Fax:845-291-0021**
                                                       **rraiche@mid-hudsonlaw.com**